**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-94 |
| Plaintiff, | |
| vs | |
| CHRISTOPHER LEE BRYANT, | District Judge Thomas M. Rose |
| Defendant. | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §§ 636(b)(1)(B), (b)(1)(C), and (b)(3), and in accordance with Rules 8(b) and 10 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Motion to Vacate under 28 U.S.C. 2255 (Doc. No. 62) filed on behalf of Defendant Christopher Lee Bryant in the above-captioned action is hereby referred to United States Magistrate Judge Michael R. Merz to conduct any hearings, including evidentiary hearings, and to submit to the undersigned proposed findings of fact and recommendations for disposition.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, August 21, 2023

*s/Thomas M. Rose*

Thomas M. Rose, Judge
United States District Court